**Motion Granted; Order filed March 20, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00554-CR
_____

**KERRY DEAN PARKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1385381**

## ORDER

Appellant is represented by appointed counsel, Melissa Martin. Appellant's brief was originally due December 10, 2013. We granted three extensions of time to file appellant's brief until March 12, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On March 12, 2014, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We grant the request and issue the following order.

Accordingly, we order Melissa Martin to file a brief with the clerk of this court on or before **April 18, 2014**.  If Melissa Martin does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.


PER CURIAM